UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO AJIATAS PUAC,<br><br>    Petitioner,<br><br>    v.<br><br>TIM ROBBINS, et al.,<br><br>    Respondents. | No. 1:26-cv-1388-TLN-CKD P<br><br><br><br>ORDER |

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 2243, respondent shall file a response to the petition.

In accordance with the above, IT IS ORDERED as follows:

1. Respondent is directed to file a response to the petition within 20 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

2. Petitioner's reply, if any, is due on or before 14 days from the date respondent's response is filed.

Dated:  February 24, 2026

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 puac1388.res

1